# COURT MINUTES
# Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor                    Date: 08/05/2026   Time: 1:00 PM

Defendant: 2) Julio Alfredo  Rondon Abreu       J#: 52427-506   Case #: 26-CR-20090-BLOOM/ELFENBEIN(SEALED)

AUSA: LYNN KIRKPATRICK                     Attorney:

Violation: Consp to Distr Cocaine Intending, Knowing, and Having Reasonable cause to Believe it Would be Unlawfully Imported into The U.S. Consp to import Cocaine into The U.S. Consp to PWID Cocaine W/ Persons on board a Vessel.       Surr/Arrest Date: 08/04/2026      YOB: 1972

Proceeding: Initial Appearance                   CJA Appt: MARCOS BEATON

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:

Bond Set at: **TEMP-PTD**                   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language: SPANISH

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
Defendant sworn and advised of rights & charges. Governments Motion to Unseal-Granted. Defendant ore tenus request for appointment of counsel. CJA Marcos Beaton appointed but did not appear. Government seeks PTD hearing due to risk of flight & danger to the community-Granted.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:                Place:

Report RE Counsel:

**PTD**/Bond Hearing: 08/10/26        1:00 pm     DUTY MAGISTRATE JUDGE        MIAMI

Prelim/**Arraign** or Removal: 08/10/26   1:00 PM   DUTY MAGISTRATE JUDGE        MIAMI

Status Conference RE:

D.A.R. 13:30:58/13:42:28                    Time in Court: 7 mins

s/Lisette Reid                                Magistrate Judge