# COURT MINUTES
## Magistrate Judge Yeney Hernandez

King Building Courtroom 11-3                    Date: 08/10/2026  Time: 10:00 AM

Defendant: Julio Alfredo  Rondon Abreu      J#: 52427-506    Case #: 26-CR-20090-BLOOM

AUSA:  Lynn Kirkpatrick                    Attorney:   CJA, Marcos Beaton

Violation:  Conspiracy to Distribute Cocaine

Proceeding:  Arraignment/Pretrial Detention Hearing        CJA Appt: Marcos Beaton

Bond/PTD Held: ○ Yes   ◉ No        Recommended Bond: TEMP-Pretrial Detention

Bond Set at:                            Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language:  Spanish

Disposition:
  Defendant was arraigned. Defendant ore tenus request for entry of the standing discovery order; granted. Government ore tenus request for Pretrial Detention; Granted pursuant to stipulation with right to revisit.
  Brady order given.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:            Time:            Judge:                    Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 10:16:48                    Time in Court:  3 minutes